No. 1464. KAUTZMAN, APPELLEE, *v.* PORSTH ELECTRIC CO., APPELLANT.—Action of debt. San Juan, Section 1. March 7, 1916. Appeal dismissed.

No. 963. THE PEOPLE, APPELLEE, *v.* VÉLEZ ET AL., APPELLANTS.—Riot. Humacao. March 8, 1916. Judgment affirmed.

No. 965. THE PEOPLE, APPELLEE, *v.* MELÉNDEZ ET AL., APPELLANTS.—Riot.

No. 915. THE PEOPLE, APPELLEE, *v.* CRUZ, APPELLANT.— Petty larceny.

Humacao. March 10, 1916. Judgments affirmed.

No. 1006. THE PEOPLE, APPELLEE, *v.* BLANCO, APPELLANT.— Aggravated assault and battery. Mayagüez.

No. 1002. THE PEOPLE, APPELLEE, *v.* SOSA, APPELLANT.— Involuntary homicide. Aguadilla.

March 17, 1916. Judgments affirmed.

No. 1472. SUCCESSION OF JOSÉ RAMÓN ORCASITAS, APPELLANT, *v.* SUCCESSION OF JOSÉ ORCASITAS ORTIZ, APPELLEE.—Nullity of contract, etc. San Juan, Section 1. March 23, 1916. Appeal dismissed.

No. 1083. OLIVER ET AL., APPELLEES, *v.* ANDINO ET AL., APPELLANTS.—Dominion title. San Juan, Section 2. March 23, 1916. Appeal by Agustina Cepeda y Andino dismissed.

No. 1000. THE PEOPLE, APPELLEE, *v.* MEDINA, APPELLANT.— Petty larceny. Ponce. March 29, 1916. Judgment affirmed.